THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
v. LAWRENCE PLACEK, Appellant.

(Submitted January 13, 1930; decided January 14, 1930.)

*Francis T. Findlay* for motion.
No one opposed.
Motion granted.